In the Matter of Proceedings Supplementary to Judgment: Henry Kline, Ethel Kline and Frank Kline, Individually and as Stockholders of Strand Billiard Academy, Inc., Plaintiffs, Respondents, v. Joseph Ward Kline, Judgment Debtor, Defendant, Appellant, Harry Morrisey, Defendant, and Strand Billiard Academy, Inc., Judgment Creditor, Defendant.— Order

unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.